# EXHIBIT 6



Interhack      VOX +1 614 545 HACK
5 E Long St 9th Fl      FAX +1 614 545 0076
Columbus, OH 43215      WEB http://web.interhack.com/

# Report of Action in re Flextronics International USA Inc. v. SDS-IC LTD et al.

C. Matthew Curtin, CISSP

Distribution: Internal Use Only
Mandatory Access Control Code: PUBLIC/7-22AUG2016/5
Date: 2016/08/23 01:43:58
Copyright © 2016 Interhack Corporation

# Declaration

1

I DECLARE UNDER PENALTY OF PERJURY that the following is correct. Signed on this twenty-second day of August, 2016, in Cleveland, Ohio.

_____

C. Matthew Curtin, CISSP

# *Executive Summary*

AT THE REQUEST OF ATTORNEY PATRICK TIRA, Interhack under-took an evaluation of *Expert Report of Daniel E. Roffman*. Therein, Mr. Roffman opines that Tomas Schwab's account of email composition "cannot be true,"[1] and proposes a series of tests to support his opinion, even while asserting that if his tests are found deficient his conclusion will not change. Mr. Roffman's opinion relies upon strict reading of Mr. Schwab's testimony, factually incorrect statements, and tests that do not answer the questions before us.

[1] Roffman, pp. 14, 16, 17, 18, 25.

I find that Mr. Schwab's account of composition of the disputed email is generally plausible.

Mr. Roffman objects that an email message of the size needed to support a document would not create a bounce as Mr. Schwab described. Mr. Roffman did not to consider possibilities including Mr. Schwab's failure actually to attach a document, and Mr. Schwab's use of another mail server such as that offered by Gmail.

Next, Mr. Roffman supposes that text prepared in an older version of the software cannot take on the properties of the newer version of the software and proposes an analysis of font color and encoding to establish that the text in question could not have been composed in November 2014. My testing shows that this is simply incorrect: the user has options for pasting copied text. One option preserves its style, while another pastes the text using the style of the message into which the text is pasted.

While I did not find a way to paste the horizontal rule that Mr. Roffman calls a "thread separator," into a message, I did find it possible to create a new message with the Reply and Forward features of *Outlook* that includes that rule.

Mr. Roffman also asserts that a search of computer systems at Flextronics shows no evidence of the email, while his report gives no indication of actually searching for the email: he searched only for the attachment. If we may suppose that it's possible for Mr. Schwab to have committed a common mistake in failing to re-

member to attach the document in question, the November email could be present on Flextronics systems without the attached file.

Finally, Mr. Roffman opines that the "half-triangles" style of quoting described by Mr. Schwab is inconsistent with how *Outlook* quotes messages. Mr. Roffman does not even consider whether Mr. Schwab's other devices, namely an iPhone or an iPad would introduce such quoting. My testing shows that it can. Furthermore, my review of email analyzed by Mr. Roffman shows that there are other messages in the set that reflect that style of quoting.

I thus conclude that:

1. Mr. Schwab's account is generally plausible if not perfectly recalled or stated;

2. Mr. Roffman makes demonstrably incorrect assertions; and

3. Mr. Roffman makes arguments dependent upon assumptions.

I present my assignment, findings, test results, and methodology in the pages that follow.

# Contents

1 Declaration    3

2 Introduction    9
2.1 Assignment    9
2.2 Foundation    9
2.3 Summary of Findings    10

3 Findings    11
3.1 Mr. Schwab's Account Is Generally Plausible If Not Perfectly Recalled or Stated    11
3.2 Incorrect Assertions    17
3.3 Arguments Dependent Upon Assumptions    20

4 Test Results    23
4.1 Use of iOS Devices    23
4.2 Cut and Paste    27

5 Methodology    29
5.1 Outlook Version Used to Create Email    29
5.1.1 Creation of Control Message    30

8   C. MATTHEW CURTIN, CISSP

5.1.2   *Creation of Test Message*   30

5.1.3   *Comparison of Formatting*   30

5.2   *Bounces With Message Body Text*   31

5.2.1   *Gandi.net Including Original Body*   31

5.2.2   *Gandi.net Excluding Original Body*   31

5.2.3   *Gmail With Original With Attachment Including Body*   31

5.3   *Testing with Mobile Devices*   32

*Bibliography*   35

# *Introduction*

2

ATTORNEY PATRICK TIRA ENGAGED Interhack to evaluate the *Expert Report of Daniel E. Roffman*.[1] I, C. Matthew Curtin, CISSP led the analysis, supported by other Interhack staff working at my direction and under my supervision. My rate for analysis is $425 per hour, and for delivery of testimony is $605 per hour. I am an expert in computer science and technology, and specifically in electronic mail. My history of testifying, academic appointments, and publications can be found in my attached *curriculum vitæ*.

[1] Daniel E. Roffman. Expert report, May 2016

I offer all opinions within a reasonable degree of scientific certainty. I reserve the right to amend my opinions as any new data or information are presented to me.

I understand that opposing counsel has offered additional data that may be subjected to analysis. I am technically capable and willing to do so but have not been able in the limited time available for analysis and reporting.

## 2.1  Assignment

In his report, Mr. Roffman proffers an opinion regarding the correctness of testimony offered by another witness in this matter, Tomas Schwab. Retaining counsel asked me to assess Mr. Roffman's report to determine whether his testing methodology is sound and will support his conclusions within a reasonable degree of scientific certainty.

## 2.2  Foundation

In the development of my opinions, I considered these sources.

1. *SDS-IC LTD's Answers And Responses To Flextronics's First Set Of Requests To Produce* dated December 18, 2015;

2. *SDS-IC-HK LTD's Answers and Responses To Flextronics's Second Set Of Requests To Admit* dated January 4, 2016;

3. *Stipulation* dated March 1, 2016;

4. *Declaration of Tomas Schwab* dated March 7, 2016;

5. *Deposition of Tomas Schwab* dated March 10, 2016;

6. *Expert Report of Daniel E. Roffman* dated May 11, 2016;

7. Email produced by Flextronics, including Exhibits B–K, Exhibits N–T, Exhibits X–DD; and

8. Relevant literature as cited in this report's bibliography.

## 2.3   Summary of Findings

My analysis of the record and available data supports several findings. I discuss my methodology in Chapter 5, present results of testing in Chapter 4, and discuss my findings in detail in Chapter 3. As an aid to the reader, I summarize my findings as follows:

1. Mr. Schwab's account is generally plausible if not perfectly recalled or stated;

2. Mr. Roffman makes demonstrably incorrect assertions; and

3. Mr. Roffman makes arguments dependent upon assumptions.

# Findings

3

I OFFER SEVERAL FINDINGS in this report, namely:

1. Mr. Schwab's account is generally plausible if not perfectly recalled or stated;

2. Mr. Roffman makes demonstrably incorrect assertions; and

3. Mr. Roffman makes arguments dependent upon assumptions.

I discuss each one in turn.

## 3.1 Mr. Schwab's Account Is Generally Plausible If Not Perfectly Recalled or Stated

I propose an account of Mr. Schwab's creation of the disputed November 24, 2014 that is generally consistent with his testimony but provides additional detail or allows for mistaken recollection or articulation of the account.

12   C. MATTHEW CURTIN, CISSP

1. Mr. Schwab composes the November 24, 2014 email as a
   *Reply All* to November 21, 2014 email from Rick Shaffer.[1]
   Figure 3.1.

[1] Schwab Deposition, p. 11.



Figure 3.1: Mr. Schwab composes Nov 24 reply

2. Mr. Schwab sends the November 24, 2014 reply, *but forgets or
   otherwise fails to attach the file.*[2]

[2] Mr. Schwab testified that he attached the file (p. 13, 40).

3. Using his iPhone,[3] Mr. Schwab attempts to send a copy of his November 24, 2014 email to Alexandra Hansen by forwarding or replying to his November 24, 2014 email,[4] but misspells her address. Figure 3.3.

[3] I propose this detail for the purpose of this test.

[4] Schwab Deposition (pp. 19–20).



**Re: Email Five Thousand Six**

August 10, 2016 8:32 AM                    Mark

This is email 5007.
Created on iPhone (iOS 5.1.1) as Reply to 5006.
****This is the last line of this message****

Sent from my mobile device

On Aug 10, 2016, at 8:29 AM, g1 <g1@interhack10507.com> wrote:

> This is email 5006.
> Created on iPhone (iOS 5.1.1) as a New message.
> ****This is the last line of this message****
>
> Sent from my mobile device



Figure 3.2: Mr. Schwab sends November 25 FYI email without attachment

4. Gandi.net attempts to deliver the message to Ms. Hansen but it is rejected by her mail server as undeliverable.[5]

[5] Schwab Deposition, pp. 19–20.

5. Gandi.net generates a non-delivery notice ("bounce") to Mr. Schwab including the message body of the message that bounced since its size without the forgotten attachment is under the 50,000 octet threshold set in the *Postfix* mail server bounce_size_limit parameter.[6]

[6] Wietse Venema. bounce—postfix delivery status reports. bounce(8) Manual Page. URL http://www.postfix.org/bounce.8.html

6. The non-delivery message with bounce attachment is sent to the "spam" folder.[7] I observe that while Mr. Schwab's testimony uses the word "spam," that nomenclature is present in Gmail—a system that I understand from counsel that Mr. Schwab also uses—but that *Outlook* in versions 2007 and 2013 call "junk" (in the English locale).

[7] Schwab Deposition, pp. 20–21.

7. On March 19, 2015, Harjinder Bajwa sends a message to Mr. Schwab and Quentin Ducouret which includes a forward of the November 21, 2014 email purportedly forwarded by Mr. Gomulka with contracts. No comments from Mr. Gomulka are included.

8. On March 20, 2015, Mr. Schwab replies to Mr. Bajwa's email of March 19, 2015. This email has Mr. Bajwa's March 19, 2015 and Mr. Shaffer's November 21, 2014 email in the body.

9. Mr. Bajwa replied to the March 20 email from Mr. Schwab on March 23.

10. On or before March 24, 2015 Mr. Schwab searches his spam folders and finds the bounce of the November 25, 2014 message attempting to forward the November 24, 2014 message.[8]

[8] Schwab Deposition, p. 22.

11. Mr. Schwab forwards the bounce message to himself. Note that the message includes the "half-triangle") (>) quote style, introduced by the iPhone.



Figure 3.3: Mr. Schwab Finds November 25 FYI email without attachment

16   C. MATTHEW CURTIN, CISSP

12. On March 24, 2015 Mr. Schwab creates a new message by using the *Reply* button when displaying the March 23, 2015 email from Mr. Bajwa again, replacing the March 19, 2015 message with the text composed on November 24, 2014 copied and pasted in place with the `Merge Formatting` option.

13. Mr. Schwab continues composing the message, removing the "half-triangles." Since the November 21, 2014 email from Mr. Shaffer is included at the bottom of the Mr. Bajwa March 19, 2015 email, without any half-triangles to be removed, Mr. Schwab deletes that part of his pasted message.[9]

[9] This is a variance from the account allowed by Mr. Schwab in his deposition.

## 3.2   Incorrect Assertions

In his report, Mr. Roffman finds:

> *Mr. Schwab could not possibly have created the alleged November 2014 email with any device configuration he used in 2014 (and only his 2015 Laptop had the version of Outlook he could have used to create it).*[10]

[10] Daniel E. Roffman. Expert report, May 2016, p. 3.

This conclusion depends upon the behavior of *Outlook* version 2013 when pasting text that was composed with *Outlook* version 2007. Interhack performed testing to determine whether it is possible to create an email in *Outlook* 2013 with text that is consistent with an *Outlook* 2007 message. The methodology for this testing is outlined in Section 5.1.

We recreated the scenario described by Mr. Schwab which included both *Outlook* 2007 and *Outlook* 2013 messages.

Publicly available information (Fig. 3.4) shows that *Outlook* has options for behavior of "pasting" text: `Keep Source Formatting`, `Merge Source Formatting`, and `Keep Text Only`.

18    C. MATTHEW CURTIN, CISSP



Figure 3.4: Outlook Paste Options from www.msoutlook.info

In Figure 3.5, we illustrate an *Outlook* 2013 Forward of a New message created in *Outlook* 2007, and paste the contents of the message into the body of the forward using the various pasting options.



Figure 3.5: Paste-Keep Source Formatting, Merge Formatting, and Keep Text Only options

## 3.3   *Arguments Dependent Upon Assumptions*

Mr. Roffman offers opinions dependent upon assertions to which I have found counterexamples, or assumes the rigid correctness of deposition testimony given by Mr. Schwab. I understand from counsel that Mr. Schwab does not have any unusual skill in the design or use of computer technology.

In his Finding 1, Mr. Roffman asserts that the "alleged November 2014 email" could not have been created with any configuration of software available to Mr. Schwab. The analysis that follows is irrelevant because we do not have what purports to be a true copy of the email including its style, but a March 24, 2015 creation of a message with the text from a November 2014 message.

I confirmed Mr. Roffman's findings regarding the style of the "thread separator" in *Outlook* versions 2007 and 2013. The thread separator would of course be in the style of *Outlook* 2013 for the creation of the March 24, 2015 email.

Mr. Roffman asserts in his Finding 2 that the text could not have been composed with *Outlook* 2007 in use in November 2014. Our testing shows that text can be pasted with the `Merge Formatting` option in such a way that the pasted text will carry not the style of its source but the style of the document into which it is being pasted. In other words, text composed in November 2014 using *Outlook* 2007 can be copied and pasted into a message being composed in March 2015 with *Outlook* 2013 with the option `Merge Formatting` will be a true copy of the November 2014 content with the March 2015 style.

My testing confirms Mr. Roffman's Finding 3: the March 24, 2015 email is characteristic of creation with a `Reply` or `Forward`. I assert that this is technically a new message (with a unique `Message-ID` header and content), and the question of whether using *Compose*, *Reply*, or *Forward* is a matter of presenting the user with options on where to begin message composition.

Mr. Roffman offers Finding 4 assuming that Mr. Schwab was correct in his testimony (that the file actually attached) and that the message would have been delivered by Gandi.net. I note that the text would be present in a bounce in the event that Mr. Schwab either forgot to attach the file or used another mail service like Gmail. I explain further in my response to Mr. Roffman's Finding 5.

Finding 5 in Mr. Roffman's report claims that Mr. Schwab's account of the editing cannot be correct. I do not agree. Mr. Schwab testified that he began to create the March 24, 2015 email with a bounce of the November 25, 2014 attempt to forward the Novem-

ber 24 email.[11]

As our testing has established, if Mr. Schwab were to have sent the message as a Reply rather than a forward, the message would be small enough to fall under the 50,000 octet threshold that its body would appear in the bounce. Furthermore, the quoting style that would be used were he to have attempted the forward with his iPhone or iPad device would include the "half-triangle" (>) quoting style.

We thus would have an attachment to the nondelivery notice that shows the November 25, 2014 message that includes the text of the November 24 message, with each line beginning with the > character. For Mr. Schwab to compose a new message showing the text of the message originally sent on November 24, he would need to copy the text from the bounced message attached to the nondelivery notice, paste it into the newly-composed message (with `Merge Formatting`), and then make edits to remove the > characters—just as he described.

This still leaves us with the question of how the November 25 message was presented in the nondelivery notice. The message would have been presented as an attachment per the configuration of systems at Gandi.net. I observe that a user might not immediately recognize that, as with only one additional click, the message will present in the message pane as if it were the content of the message rather than the message's attachment.

Figure 3.6 shows a bounce message attachment viewed in the email reading pane of *Outlook* 2013. Users might think they are looking at an email, rather than an attachment, as the attachment looks and behaves like any other message—including the ability to be replied to or forwarded.

If this is the case, this also renders Mr. Roffman's Finding 6 and Finding 7 moot.

Mr. Roffman in Finding 8 raises the question of the style of quotes around some recipients' names. I agree that the style is inconsistent with other messages that he has composed, nevertheless without sufficient data to determine the behavior of the client software involved, the possible cutting and pasting involved to reconstruct the substance of the November 24, 2014 message, I do not believe that we can know the reason for the inconsistency.

Finding 9 of Mr. Roffman's report argues that the anomalous font on the alleged November 2014 email is another indication that it was sent from Mr. Schwab's 2015 laptop. The analysis fails to account for the `Merge Formatting` option, as discussed above in my response to Mr. Roffman's Finding 2.

[11] Schwab Deposition, p. 22.

22   C. MATTHEW CURTIN, CISSP



Figure 3.6: Bounce Message Attachment As Seen in Outlook 2013

Finally, Mr. Roffman offers Finding 10, that there is no evidence of the November 24, 2014 email on Flextronics systems. I observe that the report indicates only a search for the attachment to the message. Should the message have been sent without its attachment, the search would not find the message. Further, with gaps in the logs necessary to account for the email between Flextronics and SDS, we do not have the data necessary to establish that the message was not received by Flextronics.

In my review of Mr. Roffman's report I do not find that his methodology has been subjected to peer review, presents a known error rate, uses a generally accepted methodology, was applied in matters other than the present litigation, or considered obvious alternate explanations.

# Test Results

4

WE CONDUCTED TESTING IN SOME CASES in an effort to confirm results presented by Mr. Roffman, or to assess alternate (or null) hypotheses. We present those test results here.

## 4.1 Use of iOS Devices

As discussed in section 5.3, we tested behavior of Apple iPhone and iPad devices.

Our testing showed that new messages sent from a mobile device with an older operating system were sent in plaintext format by default. When plain text messages were replied to or forwarded by the iPad, they followed the format of the original message. Both iPhone and iPad were set by default to prefix messages when Replying or Forwarding. When the prefixed message was forwarded in HTML, the prefixing showed as indents or colored vertical lines, as shown in Figure 4.3. When the prefixed messages are sent in plain text, from a mobile device, or as in a bounce message, the "half-triangles" are added to the content of the message. These are the type of "half-triangles" indicated in Mr. Schwab's testimony.[1]

During testing, Reply to an email from an iPad (iOS 9.3.2) produced "half-triangles" on the quoted message. Forward added indentation, without the triangles in our testing. We note that iOS 9 was released in 2015[2] but that this behavior is consistent with the style used for decades by Internet email systems.

Figure 4.1 shows a chain of replies sent from an iPad, as viewed on the iPad. Figure 4.2 shows the Bounce message when a wrong address was supplied. Note that the body of the message is included in the text of the Bounce message, and it has half-triangles prefixing each line.

[1] Mr. Schwab Deposition, p. 25.

[2] Kent German. iOS 9 to be released Sept. 16. CNET, September 2015. URL http://www.cnet.com/news/ios-9-release-sept-16/

24   C. MATTHEW CURTIN, CISSP



Figure 4.1: Replies sent from an iPad showing prefixing behavior



Figure 4.2: Bounce message has original message comingled in the body of the message, on lines prefixed by half-triangles

INTERHACK PROPRIETARY: PUBLIC/7-22AUG2016/5



Figure 4.3: Email showing prefixing from iPad as displayed in iOS 5.1.1 email client.

### 4.2   Cut and Paste

We found that we were able to take text composed with *Outlook* 2007 and paste it into a message composed with *Outlook* 2013 such that the "2007 text" would take on the properties of the "2013 text."

Figure 4.4 shows this scenario.



Figure 4.4: Text From 2007 Pasted Into 2013 Message

Examination of the underlying source show that the text from

28    C. MATTHEW CURTIN, CISSP

2007 does not just *look like* the 2013 text, but it uses exactly the
same font.

```
<p class=MsoNormal><span style='color:#1F497D'>Created in
Outlook 2013 in HTML format, as a Forward of Email 3¬
001, New message in OL 2007 in HTML format.<o:p></o:¬
p></span></p><p class=MsoNormal><span style='color:#1F49-
7D'>The body of email 3001 is Pasted here using Keep
Source Formatting: ^^^BEGIN Paste-KSF&quot;^^^</span> This
is email 3001.<o:p></o:p></p><p class=MsoNormal>Created as
a New message in Outlook 2007 in HTML format.<o:p>¬
</o:p></p><p class=MsoNormal>*****This is the last line
of this messsage*****<o:p></o:p></p><p class=MsoNormal><¬
span style='color:#1F497D'>^^^END Paste-KSF^^^<o:p></o:p>¬
</span></p><p class=MsoNormal><span style='color:#1F497D'¬
>The body of email 3001 is pasted here using Merge Format-
ting: ^^^BEGIN Paste-MF^^^</span> <span style='color:#1F¬
497D'>This is email 3001.<o:p></o:p></span></p><p class=¬
MsoNormal><span style='color:#1F497D'>Created as a New mes-
sage in Outlook 2007 in HTML format.<o:p></o:p></span>¬
</p><p class=MsoNormal><span style='color:#1F497D'>*****¬
This is the last line of this messsage*****<o:p></o:p>¬
</span></p><p class=MsoNormal><span style='color:#1F497D¬
'>^^^END Paste-MF^^^<o:p></o:p></span></p><p class=MsoNor-
mal><span style='color:#1F497D'>The body of email 3001 is
pasted here using Keep Text Only: ^^^BEGIN Paste-KTO^¬
^^</span> <span style='color:#1F497D'>This is email 300¬
1.<o:p></o:p></span></p><p class=MsoNormal><span style='¬
color:#1F497D'>Created as a New message in Outlook 20¬
07 in HTML format.<o:p></o:p></span></p><p class=MsoNor-
mal><span style='color:#1F497D'>*****This is the last line
of this messsage*****^^^END Paste-KTO^^^<o:p></o:p></span¬
></p><p class=MsoNormal><span style='color:#1F497D'><o:p¬
> </o:p></span></p><p class=MsoNormal><span style='¬
color:#1F497D'>*****This is the last line of this message
*****<o:p></o:p></p><p class=MsoNormal><span style¬
='color:#1F497D'><o:p> </o:p></span></p>
```

Figure 4.5: Underlying Code From 2007 Text Pasted Into 2013 Message

# *Methodology*

5

MR. ROFFMAN'S ANALYSIS FOCUSES on testimony offered by
Mr. Schwab, purporting to identify variables that would allow
whether the disposition of available data match his testimony.
Where Mr. Roffman proposes a test, we undertake an effort to
demonstrate where actions consistent with Mr. Schwab's testi-
mony can result in data as found in discovery.

Of course any test offered by an expert will have limits on what
question it answers. Where Mr. Roffman offers such a test without
identifying cases for which it does not control, we show con-
ditions consistent with both Mr. Schwab's testimony and Mr.
Roffman's results. I have taken care to ensure that the work un-
dertaken in this matter is subject to the same standards of care
that we use in all of our engagements.

Results of tests using methodology here are reported in Chapter
4. Findings of our analysis from testing or that otherwise draw
conclusions from the record are presented in Chapter 3.

## 5.1 Outlook Version Used to Create Email

Mr. Roffman's analysis focuses entirely on the question of the
format of the email from 2015. We look to see whether there is
a way to paste text created at an earlier time and with different
software can be pasted in such a way that the text is consistent
with being created for the first time in 2015.

To test this, we first create a *control message* and then a *test mes-
sage*.

We found no generally accepted method of comparison of *Out-
look* versions used for creation of messages in the literature. We
consequently adopt Mr. Roffman's general method (comparison of
characteristics), with focus on isolating variables and looking for
demonstrative counterexamples.

30   C. MATTHEW CURTIN, CISSP

### 5.1.1   Creation of Control Message

The control message shows what composition of the email looks like when conducted entirely in *Outlook* 2013. We use a three-step process for creation of the control message.

1. Create an email message with text in the body using *Outlook* 2013;

2. Direct the original message to a known-good address; and

3. Send the message.

### 5.1.2   Creation of Test Message

The test message shows composition of a message that includes text pasted from a bounce message consistent with Mr. Schwab's testimony. We create the test message in nine steps.

1. Create an email message ("original message") with text in the body as a reply using *Outlook* 2007;

2. Direct the original message to a bad address;

3. Send the message, causing a "bounce" to be generated by the Gandi.net mail server;

4. Read the bounce message in *Gmail*;

5. Forward the bounce message attachment (email) which contains "original message";

6. Reply to a message which includes a forward which will be retained, using *Outlook*;

7. Copy the body of the original message out of the forwarded bounce message;

8. Paste the body of the original message into the Reply message being composed with *Outlook* 2013; and

9. Send the new message to a known-good address.

### 5.1.3   Comparison of Formatting

We compare formatting of the text between the control message and the test message as did Mr. Roffman, identifying details in the message encoding, including color specification of thread separators.

## 5.2   Bounces With Message Body Text

Part of Mr. Roffman's analysis depends upon the characteristics of bounce messages. We generate several bounce messages to study their characteristics. We show three bounces: (1) Gandi.net server including original message body; (2) Gandi.net server excluding original message body; and (3) Another server including original message body with large attachment.

I have found no cases in the literature where the specific software in use at Gandi.net behaves in a materially different manner from what its documentation describes.

### 5.2.1   Gandi.net Including Original Body

To generate this message, we follow steps.

1. Compose a message using *Outlook* 2013 with text in the body but no attachment,

2. Ensure *Outlook* configuration is set to deliver via the Gandi.net server;

3. Direct the message to a known-bad address; and

4. Send the message.

See figures 5.1 and 5.2

### 5.2.2   Gandi.net Excluding Original Body

1. Compose a message using *Outlook* 2013 with text in the body and a large file attachment,

2. Ensure *Outlook* configuration is set to deliver via the Gandi.net server;

3. Direct the message to a known-bad address; and

4. Send the message.

See Figures 5.3 and 5.4

### 5.2.3   Gmail With Original With Attachment Including Body

1. Compose a message using *Outlook* 2013 with text in the body and a large file attachment,

32  C. MATTHEW CURTIN, CISSP

2. Ensure *Outlook* configuration is set to deliver via the Gmail server;

3. Direct the message to a known-bad address; and

4. Send the message.



Figure 5.1: Bounce message from Gandi.net for message with no Attachment



Figure 5.2: Attachment from bounce message from Gandi.net showing original message

## 5.3  Testing with Mobile Devices

1. Create and send a control message with an iPhone 5s with iOS 9.3.1.



Figure 5.3: Bounce message from Gandi.net for message with 2.51 MB attachment



Figure 5.4: Attachment from bounce message from Gandi.net for message with 2.51 MB Attachment

34    C. MATTHEW CURTIN, CISSP

2.  Create and send a control message with an iPad 2 with iOS 9.3.2.

3.  Create and send a control message with an iPhone 4 with iOS 5.1.1.

4.  Send each control message to good and bad addresses.

5.  Compare the messages and message sources in *Outlook*, the iOS mail client, and in Gmail.

The testing was limited due to iOS versions. The versions in use on Mr. Schwab's iPad and iPhone would have predated iOS 9. The announcement of iOS version 9 was made at the June 2015 World World Developers' Conference.[1]

[1] http://www.apple.com/live/2015-june-event/

# Bibliography

Kent German. iOS 9 to be released Sept. 16. CNET, September 2015. URL http://www.cnet.com/news/ios-9-release-sept-16/.

Daniel E. Roffman. Expert report, May 2016.

Wietse Venema. bounce—postfix delivery status reports. bounce(8) Manual Page. URL http://www.postfix.org/bounce.8.html.

**INTERHACK**

Interhack
5 E Long St 9th Fl
Columbus, OH 43215

VOX +1 614 545 HACK
FAX +1 614 545 0076
WEB http://web.interhack.com/

# C. Matthew Curtin

## Summary of Expertise

### Computer Science in Adjudication

Active as a forensic computer scientist since early 2000. Experience includes routine electronic discovery, litigation consulting, and work as an expert witness in civil, criminal, and administrative actions. Frequently deliver CLE and CJE credit seminars to attorneys and judges on the use of electronic information in adjudication.

### Cybersecurity

Consultant to complex information security projects involving incident response, regulatory compliance, and analysis of security program and control effectiveness. Responsible for design and implementation of early Internet and Web security systems.

### Operating Systems

Extensive experience in systems implementation, drawing upon theory and practice of operating systems. Applications include customization to optimize function, user experience, security, and performance. Experience teaching operating systems implementation at the university level.

### Programming Languages

Broad experience in many languages including Lisp, Perl, Java, C, various languages for UNIX systems, data processing, text markup, and more. Fifteen years' experience teaching use of programming languages at university level.

### Protocols

Expert in many widely-used Internet protocols, including development of systems using a variety of networking protocols, and participation in standards-setting workgroups.

## Experience

**Interhack Corporation**  Founder, CEO                                    1997–Present
Founded and built firm from self-funded research group to
for-profit consulting firm with practice areas in cybersecurity
and computer expert services. Some highlights include:

- Analysis of Data Loss Incidents                                        *Research*
  Coäuthored original research showing how data loss
  incidents take place broadly and per industry.

- High-Profile Incident Response and Security Assessment                *Consulting*
  Led external assessment teams for a data loss incident
  at the Ohio Administrative Knowledge System (OAKS), a
  large-scale ERP system for the entire State government.

- Enterprise Data Encryption                                            *Consulting*
  Provided technical expertise to multibillion-dollar re-
  tailer developing cryptographic controls for the protec-
  tion of cardholder and other sensitive information.

- Sony "Rootkit" Digital Rights Management                  *Litigation Consulting*
  Served as technical consultant to plaintiff's counsel in
  civil proceedings over the 2005 DRM released on Sony
  Music CDs.

- Pharmatrak Privacy Litigation                               *Expert Testimony*
  Assessed Web traffic analysis system for civil privacy
  litigation and provided opinion used by the U.S. Court
  of Appeals for the First Circuit to establish precedent
  on the application of Federal wiretap statutes to Web
  technology.

**The Ohio State University, Department of Computer Science and Engineering**    1998–2014

- Sr. Lecturer                                                           2013–14
  Taught the CSE 4254 semester-long course "Program-
  ming in Lisp," giving students with experience pro-
  gramming an understanding of the Common Lisp
  programming language.

- Lecturer                                                             1999–2012
  Taught the CSE 459.31 course "Programming in Lisp,"
  intended to give students a basic understanding and
  familiarity with the Common Lisp programming lan-
  guage.
  Taught the CIS 662 course "Operating Systems Labo-
  ratory," a course on the design and implementation of
  operating systems, where students build their own op-
  erating systems code. For graduate students and majors
  focusing in operating systems.

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

- Senior Systems Developer/Engineer                                    1998–2000
  Lead department software development efforts, main-
  tain open source software, and provide technical assis-
  tance throughout the department in systems, software,
  and documentation. Instituted department software
  development process. Provide technical and career
  mentoring to other staff members.
- Original Faculty Advisor of student groups Buckeye
  Privacy Coalition and Open Source Club.

**Megasoft Online** Chief Scientist                                     1996–1998

Provided technical leadership to Megasoft's development,
engineering, and Information Systems groups in areas rang-
ing from system and network security to design, implemen-
tation, and management of distributed software.

Led research efforts that improved the *Web Transporter* prod-
uct's scalability, reliability, and security. Developed new
cryptographic protocol to allow HTTP caches to work nor-
mally without sacrificing the security of encrypted links.
Also designed and led the implementation of the LDAP direc-
tory interface for *Web Transporter*.

**Fahlgren Inc.** Chief Hacker                                          1996

Acted as technical resource for Interactive Design Group
and Information Systems. Worked with Web site design
group, providing expertise in Web site design, and technical
issues related to site management and engineering. Also
responsible for design and implementation of Fahlgren's
Internet firewall.

**AT&T Bell Laboratories** Contractor                                   1995–1996

Worked with the Internet gateway group responsible for
providing Internet connectivity to AT&T throughout the en-
tire world, providing expertise in the areas of security, large
scale system administration, and Internet software devel-
opment. Led efforts to redesign and implement the third
generation of the AT&T firewall and automate the handling of
work for att.com postmaster functions. Consulted to other
business units in need of such expertise.

Largely responsible for the security of some of the most
busy sites on the Web, including AT&T, Disney, and others.

**Transamerica Real Estate Tax Service** Ohio Division Data Processing Supervisor    1993–1995

Responsible for oversight of entire Ohio Division data pro-
cessing operation, including management of DP and data

entry staff. Also served as a technical resource and systems
software developer for the corporate internal software devel-
opment group.

## Books and Chapters for Books

- *Brute Force: Cracking the Data Encryption Standard* (Copernicus Books, 2005)

  Discussion of first public brute force crack of a message
  encrypted with the (then) U.S. Government standard for
  data encryption, DES, a 1997 project led by Rocke Verser,
  Matt Curtin, and Justin Dolske.

- *Developing Trust: Online Privacy and Security* (Apress, 2001)

  Discussion of privacy as an aspect of data security, case
  studies, and guidance for application developers to build
  systems that are more trustworthy, protecting privacy by
  design instead of only by policy.

- *The CPA's Guide to Information Security* (For AICPA by Kent Information Services, 1998)

  Authored a chapter on secure networking and contributed
  technical material for a chapter on cryptography.

- *UNIX Unleashed, Internet Edition* (SAMS, 1997)

  Authored chapters 17 and 19 in part, covering development
  of secure Web-based software using the Common Gateway
  Interface and the Perl programming language.

## Refereed Papers and Formal Conference Work

- *Standardizing Breach Incident Reporting: Introduction of a Key for Hierarchical Classification*

  Work-in-Progress paper in *Proceedings of the Systematic Ap-
  proaches to Digital Forensic Engineering*, 2010. Coäuthored
  with Lee T. Ayres and Thomas A. Ng.

- *Using Science to Combat Data Loss: Analyzing Breaches by Type and Industry*

  In *I/S: A Journal of Law and Policy for the Information Society*,
  Volume 4, Issue 3, Winter 2008–09. Presentation of taxonomy
  to classify data loss incidents and study identifying the
  relationships between data loss types and industries.

- INFOSEC Forum VII General Chair, May 2005

  Leading effort to present the seventh central Ohio INFOSEC
  Forum, with specific focus on developing more rigorous
  program content and broadening draw to state-wide.

- INFOSEC Forum VI General Chair, November 2004

  Leading effort to present the sixth central Ohio INFOSEC Forum, with specific focus on developing more rigorous program content and broadening draw to state-wide.

- PrivacyCon 2003 Program Committee

  Member of program committee for The Ohio State University Technology Policy Group (TPG) conference on privacy issues.

- LISA 2001 Program Committee (Reader)

  Participated in review, commentary, and publication recommendation process for USENIX Large Installation System Administration conference (2001).

- *Pelendur: Steward of the Sysadmin*

  In the Proceedings of LISA 2000. Overview of the design and implementation of the system for managing user accounts and department workflow developed at Ohio State's CIS department starting in 1998.

- *Shibboleth: Private Mailing List Manager*

  In the Proceedings of the 9th USENIX Security Symposium. Description of a system for managing private and secure mailing lists in insecure environments.

## Expert Testimony

- *Cassandra M. Carley v. Thomas J. Carley*, Court of Common Pleas, Franklin County, Ohio, Case No. 14DR001650                                                    2015–Present

  I prepared an expert report and testified in trial.

- *Alig, et. al. v. Quicken Loans Inc et. al.*, Circuit Court of Ohio County, West Virginia, Civil Action Nos. 428 & 430                                                    2015–Present

  I addressed questions of computability of data in a matter involving the use of electronic business records in an affidavit, and gave a deposition.

- *DRFP, LLC v. The Republica Bolivariana de Venezuela*, U.S. District Court, Southern District of Ohio, Case No. 2:04-cv-00793-EAS-TPK                                                    2015–Present

  I assessed an email dataset and supplied an affidavit regarding the suitability of the source for particular types of analysis.

- *Aitheras Aviation Group, LLC v. Mark Rauchfleisch*, Common Pleas Court of Cuyahoga County, Ohio, Case No. CV-14-829910                                                          2015–Present

  I attested to the process of cloud email preservation and generation of a random sample set on behalf of the Plaintiff in the form of an affidavit.

- *In re Google, Inc. Privacy Policy Litigation*, United States District Court, Northern District of California, San Jose Division, Case No. 12-CV-01382 PSG                        2014–Present

  I analyzed system design for privacy implications on behalf of Plaintiff's counsel. I have submitted a report and been deposed in this matter.

- *State of Ohio v. Clay Hooper*, Court of Common Pleas of Perry County, Ohio, Case No. 14-CR-0037 2014–15

  For defense counsel I analyzed the State's reports of forensic computer examination, performed independent analysis, authored a report, and testified at trial. The trial ended in acquittal on all charges.

- *Meadowbrook, Inc. v. Kyle Biddinger, et al.*, United States District Court, Southern District of Ohio, Eastern Division, Case No. 1:14-cv-01374                                      2014–15

  On behalf of Plaintiff's counsel, I examined computer data and completed a report of forensic analysis.

- *State of Ohio v. Charles E. Thomas*, Court of Common Pleas of Franklin County, Ohio, Case No.: 14 CR 004625                                                                       2014–15

  Addressed questions regarding operation of peer-to-peer software *µTorrent* and relevant computer terminology in the form of an affidavit.

- *State of Ohio v. Michael McVey*, Court of Common Pleas, Jefferson County, Ohio, Case No.: 13-CR-228                                                                            2014–15

  Evaluated reports offered by the State and data in relevant items in the prosecution of the superintendent of Steubenville City Schools. Provided affidavits and expert reports before all charges were dismissed by the State.

- *Shayne E. Thomas v. Lynn O. Radabaugh, et. al.*, Common Pleas Court of Seneca, Ohio, Case No.: 13CV0230                                                                     2014

  Assessed availability of electronically stored information in an electronic discovery dispute.

- *St. Joseph Health System Medical Information Cases*, Superior Court of the State of California, County of Orange, Judicial Council Coordinated Proceeding No. 4716                  2013–16

  For Plaintiff's counsel I assessed data and testimony in connection with a data breach. I have offered a Declaration in the matter and have been deposed.

- *Champion Foodservice, LLC v. Vista Food Exchange, Inc., et al.*, United States District Court, Northern District of Ohio, Eastern Division, Case No. 1:13-CV-1195                                2014–Present

  For defense counsel I analyzed computer data and submitted several reports, was deposed, and appeared at a trial to the bench.

- *Douglas Lowe, et al. v. Allstate Property & Casualty Insurance Company, et al.*, Court of Common Pleas, Washington County, Ohio, Case No. 13 OT 13                                2013–14

  On behalf of plaintiff's counsel I examined a mobile phone and gave a deposition regarding its data and interpretation.

- *State of Ohio v. Brandt Cook*, Municipal Court, Delaware, Ohio, Case No. 13CRB01400                                2014

  Engaged by counsel for the defendant, I examined images from a mobile phone and appeared at a hearing to address questions from counsel and the Court on the interpretation of electronic image data.

- *State of Ohio v. Michael E. Thomas*, Court of Common Pleas, Hancock County, Ohio, Case No. 2012 CR 286                                2013–14

  I examined a digital video recorder (DVR) unit connected to electronic video evidence and directed the effort to extract video from the broken storage device. I submitted an affidavit and testified at trial.

- *Paracap Group LLC, et al. v. Charles Crowley, et al.*, FINRA Dispute Resolution, FINRA-DR ARB. NO. 13-00584                                2013–14

  For Complaintant's counsel I analyzed computer systems to locate confidential information. I drafted a report in the matter and presented at an arbitration hearing.

- *Sue A. Farley et al. v. Complete General Construction Co., et al.*, Court of Common Pleas of Franklin County, Ohio 12 CV 012394                                2014

  For Plaintiff's counsel I analyzed a mobile phone and related records regarding activity during a period of time critical to the litigation. I submitted a letter stating findings and was deposed.

- *Flairsoft LTD., v. Yogesh Khandelwal, et al.*, Court of Common Pleas of Delaware County, Ohio, 11-CV-H-09-1107                                2013–Present

  For defense counsel I have analyzed the record regarding computer data and source code, and submitted affidavits. I have also submitted a report.

- *H&H Industries, Inc. v. Erik S. Miller*, United States District Court, Southern District of Ohio, Eastern Division, Case No. 2:13-cv-907                                2013–14

For plaintiff's counsel I examined computer systems and
data to locate confidential information. To date I have sub-
mitted reports, been deposed, and appeared at hearings.

- *Robert A. Brown, et al. v. Tellermate Holdings Ltd., et al.*, United States District Court for the Southern
  District of Ohio, Eastern Division, Case No. 2:11-cv-1122                    2013–Present

  For plaintiff's counsel I assessed the ability to conduct elec-
  tronic discovery of a cloud-based customer relationship
  management (CRM) system. To date I have completed reports
  and appeared in hearings.

- *Juana Curry and William Moore, et al, v. AvMed, Inc., d/b/a AvMed*, United States District Court For the
  Southern District of Florida, Case No. 10-cv-24513-JLK                    2013

  For plaintiff's counsel I determined costs associated with
  the selection and deployment of appropriate cryptographic
  controls to protect medical information.

- *Leland Small, et al. v. BOKF, N.A.*, United States District Court for the District of Colorado, Civil
  Action No. 13-cv-01125-REB-MJW                    2013–Present

  For plaintiff's counsel I assessed testimony regarding the
  type and availability of records, executed a declaration re-
  garding the computability of a formula, and provided testi-
  mony in a deposition.

- *State of Ohio v. Matthew Fielding*, Court of Common Pleas, Franklin County, Ohio, Case No. 12 CR
  2800                    2012–13

  I examined computer data on behalf of the defendant, pro-
  vided a written report, and testified at trial.

- *Momentive Specialty Chemicals, Inc., v. Ricky Alexander*, United States District Court for the Southern
  District of Ohio, Eastern Division, Case No. 2:13-cv-275                    2013

  For plaintiff's counsel I assessed computer data and submit-
  ted documentation of my analysis.

- *State of Ohio v. James F. Morrison*, Court of Common Pleas, Delaware County, Ohio, Case No. 11CR-
  I-06-0302                    2010–12

  I examined computer data on behalf of the defendant, and
  provided an affidavit and testimony at the sentencing hear-
  ing.

- *Edward Haines, and Nyeta Haines, his wife v. Ann S. Mercer, M.D., Ann Shukri Mercer, M.D., P.A.*, State
  of New Mexico, County of Dona Ana, Third Judicial District, Case No. CV-2010-2273                    2012

  For plaintiffs' counsel I have presented options to the Court
  for analysis of an electronic medical record.

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

- *Coast to Coast Health Care Services, Inc. v. Dawn Meyerhoffer and David G. Lovell, M.D. and Critical Access Solutions, Inc. and Daybreak Village, LLC and Tapestry Hospice, LLC,* United States District Court for the Southern District of Ohio Eastern Division, Case No. 10-cv-00734    2012–13

  For plaintiff's counsel I analyzed computer data and submitted a report of my findings.

- *State of Ohio v. Stephen P. Harris,* State of Ohio, Warren County Common Pleas Court Criminal Division, Case No. 11CF27938    2011–12

  For defense counsel I analyzed data and presented a report.

- *United States of America v. Matthew Howard Saffel,* United States District Court for the Southern District of Ohio, Eastern Division, Case No. 2:10-cr-00238    2010–11

  For defense counsel I assessed data and provided an affidavit entered at the sentencing hearing.

- *State of Ohio v. Christopher J. Renkes,* Court of Common Pleas, Delaware County, Ohio, 10CR-I-04-0235    2011

  I examined computer data on behalf of the defendant, provided a report, and appeared at trial.

- *State Farm Fire & Casualty Company v. Joseph Martin Radcliff, Coastal Property Management LLC, a/k/a CPM Construction of Indiana, Jacob Charles Piper, Reginald Rex Thoman, Eric M. Dieckman, Matthew P. Seaver, Ryan M. Murphy, and Michael Henderson,* State of Indiana, Hamilton County In the Hamilton Superior Court No. 1    2011

  On behalf of the plaintiff, I analyzed electronic data from a mobile device and provided an expert report. I have been deposed in the matter.

- *Peoples Bank, National Association v. Robert Daniel Coffill, Jr.,* Court of Common Pleas, Fairfield County, Ohio    2010

  On behalf of the plaintiff, I analyzed electronic information and provided an affidavit regarding key findings.

- *The Estate of John Hiotis, by and through Maria Hiotis v. 2600 Highlands Boulevard, North, LLC A/K/A 2600 Highlands Boulevard, North, LLC D/B/A/ Bay Tree Rehabilitation and Nursing Center; Florida Holdings III, LLC; Florida Administrative Services, LLC; Harborside Healthcare Corporation; Harborside Aadministrative Services, LLC; Sharon Harris; Samuel Politz; Alan Cooper A/K/A Alan Peter Cooper; Dennis Deshong; Daniel Frenden A/K/A Daniel L. Frended; Myra Marcum A/K/A Myra Joyce Marcum (as to Bay Tree Rehabilitation & Nursing Center),* Circuit Court of the Sixth Judicial Circuit in and for Pinellas County (Florida), Case No. 08-2042-CI; Division 8    2010–11

  On behalf of defense counsel, I reviewed discovery documents, discussed data management practices with staff, and submitted an affidavit.

- *John W. Ferron v. MetaReward, Inc., et al.,* United States District Court for the Southern District of Ohio, Eastern Division, Civil Action Nos. 2:09-cv-430, 2:09-cv-440, 2:09-cv-512, 2:09-cv-513, 2:09-cv-520    2009–10

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

For defense counsel I consulted on ESI and computer technology. I submitted an affidavit for the Court.

• *Robert Schmidt v. AT&T, Inc. and SBC Internet Services, Inc. d/b/a AT&T Internet Services, Inc.*, Court of Common Pleas, Cuyahoga County, Ohio, Case No. CV 2009 6887885                2010

This action is pending. For intervenors' counsel I submitted an affidavit as to my work in the matter of *Ford, Dunne, Bell, and Klorer v. SBC Communications Inc. and SBC Internet Services, Inc. d/b/a AT&T Internet Services, Inc.*, described below.

• *In re Mark A. Williams*, Ohio Department of Education Administrative Procedure                2009

For respondent's counsel I assessed computer data presented as evidence by complainant, presented a report, and testified at a hearing.

• *Gail Ford, Carrie A. Dunne, John E. Bell, and Patricia A. Klorer v. SBC Communications Inc. and SBC Internet Services, Inc. d/b/a AT&T Internet Services, Inc.*, Circuit Court of St. Louis County (Missouri) Cause No. 06CC-003325, Division No. 6                2008–12

This action is pending. For plaintiff's counsel I assessed computer data connected to the billing and delivery of broadband Digital Subscriber Line service. I have submitted an affidavit in the matter.

• *New York Stock Exchange Specialists Litigation*, U.S. District Court, Southern District of New York, 405 F. Supp. 2d 281                2007–Present

This action is pending. On behalf of plaintiff's counsel, I led the team that developed software to analyze New York Stock Exchange trading data to identify trades according to specifications of market experts. To date I have submitted two expert reports and have been deposed.

• *The Estate of Elizabeth Kiricenkov, by and through Rita K. Browning and George J. Kiricenkov, Co-Executors de son Tort v. Seminole Properties; Freedom Square Developments; American Retirement Corporation; A.R.C. Management Corporation; ARC Management, LLC; Robert G. Roskamp; Frank Herold; (as to Freedom Square Nursing Center)*, Circuit Court of the Sixth Judicial Circuit in and for Pinellas County (Florida), Case No. 05-008209-CI, Division 011.                2009

On behalf of plaintiff's counsel, I reviewed discovery documents and submitted an affidavit.

• *Doe v. Doe* (Confidential)                2007–09

For plaintiff's counsel, I performed an analysis of Web sites and computer data for evidence of the mishandling of information. I submitted a report, was deposed, and testified at a pre-trial hearing. Case dismissed in favor of plaintiff.

- *Estate of Marjorie C. Belcamino, by and through Bank of America, N.A. as personal representative v. Labarc, L.P., et al. (As to Homewood Residence at Freedom Plaza)*, Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County (Florida), Case No. 06-CA-009706, Division A.    2009

  On behalf of defense counsel, I reviewed discovery documents and submitted an affidavit.

- *United States v. Thomas Ballato*, U.S. District Court, Southern Ohio, 3:06CR192    2008

  For defense counsel I assessed evidence brought by the government and submitted an expert report.

- *John W. Ferron v. Search Cactus, LLC, et al.,* United States District Court for the Southern District of Ohio, Eastern Division, Civil Action No. 2:06-cv-327    2008

  For defense counsel I consulted on ESI and computer technology. I submitted two declarations for the Court.

- *Jesse Land, II, Paula Land and the Land Companies of Kentucky, LLC v. Farmers State Bank and Harvey Hensley, Owsley Circuit Court [Kentucky], Civil Action No. 05-CI-216*    2008

  For defense counsel, I led analysis of computer data for consistency with proffered testimony of parties to the litigation. I submitted two expert reports.

- *Chornyak & Associates Ltd. v. Richard D. Nadler, Everhart Financial Group, Inc. and R. Scott Everhart*, Franklin County [Ohio] Court of Common Pleas, 05 CV 011942    2005–08

  Submitted reports on forensic analysis of a computer system to determine recent activity, conducted electronic discovery of defendants' systems, reported findings in writing, and provided testimony at trial.

- *City of Cuyahoga Falls v. Jamil T. Kazoun*, Cuyahoga Falls [Ohio] Municipal Court, 2007CRB00200  2007

  Performed analysis of computer data and testified at trial regarding findings.

- *Justin Bunnell, et al. v. Motion Picture Association of America*    2007

  Performed computer system analysis and submitted an expert report on behalf of the Bunnell parties and was consequently deposed. Technical issues at hand involved the analysis of email systems and networking.

- *State of Ohio v. Justin Blaney*    2006

  Analyzed state's evidence around the issue of electronic contraband on behalf of the defendant. That analysis included examination of digital photograph data and operating system data. I provided an expert report and in-court testimony in a pre-trial hearing on the admissibility of certain digital evidence.

- *Frank E. Bellamy, Sr. v. Robert G. Montgomery, et al*                    2005

  Led the forensic analysis of computer system and rendered opinion regarding the system's rôle in the creation of a printed message. The analysis included reconstruction of data intentionally "wiped" to destroy evidence.

- *Pharmatrak Privacy Litigation*, United States Court of Appeals, First Circuit. 329 F.3d 9    2001–03

  Led electronic discovery and forensic data analysis for plaintiff's counsel of Pharmatrak's systems to determine whether and how personal information was intercepted by a third party. Opinion used by the Court to establish precedent on the application of the Electronic Communications Privacy Act (ECPA) to Web technology.

- *RIAA v. MP3Board.com*                    2001

  Provided a technical expert report on behalf of MP3Board.com, an Internet search engine in its defense against the Recording Industry Association of America and was cross-examined by RIAA counsel.

- *Avenue A Privacy Litigation*                    2001

  Performed technical analysis of Avenue A electronic advertising systems and provided an expert report on behalf of plaintiff in this early online privacy litigation.

## Presentations

**When Cryptography is Outlawed** Philosophy 1337, Guest lecture in the Department of Philosophy at The Ohio State University, April 8, 2014.                    Columbus, Ohio

Discussed surveillance of citizens, access and use of cryptography as a countermeasure in the context of the mid-1990s "Crypto Wars," as seen retrospectively after revelations of NSA's domestic surveillance programs.

**Putting the Science in Computer Science: Applications from Boardrooms to Courtrooms** Frankin University, March 26, 2014.                    Columbus, Ohio

Showed the application of computer science to important problems in management and dispute resolution for students in the Choose Ohio First scholarship program.

**Cracking the Code** Hawken Middle School, January 30, 2014.                    Cleveland, Ohio

Discussed the development and operation of a large-scale distributed computing system from idle cycles of computers to find the key needed to read an encrypted message.

**Big Data Panel Discussion**  Columbus Chapter of the International Legal Technology Association, November 7, 2013.

Columbus, Ohio

Discussed issues with "big data" in the context of litigation with litigation support professionals as part of a panel.

**Mobile Devices: Evidentiary Gold Mine or Empty Mine Shaft?**  Columbus Chapter of (ISC)$^2$, October 14, 2013.

Columbus, Ohio

Presented uses and applications of data recovered from mobile devices in the context of adjudication at a training event for information security professionals.

**Putting the Science in Computer Science**  Keynote Talk, Midwest Consortium for Computing Sciences in Colleges Conference, September 20, 2013.

Findlay, Ohio

Showed the application of computer science to important problems in management and dispute resolution for students and instructors of computer science.

**Data Analysis to Find Fraud**  Ohio Association of Student Financial Aid Administrators, Spring Conference, May 7, 2013.

Columbus, Ohio

Discussed the issue of fraud particularly in connection with student loans and how data analysis can help to identify fraud more effectively and at lower cost.

**Building and Maintaining Incident Response Capability**  Central Ohio INFOSEC Summit, May 3, 2013.

Columbus, Ohio

Copresented with Keith Fricke how an organization can respond effectively to information security incidents. Showed the factors leading to success in the development and maintenance of those programs.

**ESI in Employment Litigation**  Ohio Management Lawyers' Association, April 19, 2013.

Columbus, Ohio

Showed methods to address the management and use of electronically stored information in employment and labor disputes, including strategies to make electronic discovery in litigation more cost-effective.

**Integrity in Digital Evidence: Rendering Judgment on an Electronic Record**  Central Ohio Association of Criminal Defense Lawyers, February 27, 2013.

Columbus, Ohio

Discussed adversarial data analysis to identify weak and missing foundation in arguments made to the court presumably upon the basis of scientific analysis, as well as common scientific errors committed by investigators of digital evidence.

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

**Cracking the Data Encryption Standard**  Telecommunications Systems Management Association, February 26, 2013.

Athens, Ohio

Presented the design and implementation of a large-scale computing capability to break a message encrypted with the U.S. Government standard for Data Encryption.

**Discovery in the Cloud**  Ohio Bar Association CLE, December 13, 2012.

Columbus, Ohio

Copresented with attorney Mason Evans on the topic of conducting electronic discovery of Internet "cloud" services and use of the data in litigation.

**Case Study in Incident Response**  Northern Ohio Chapter of InfraGard, December 7, 2012.

Cleveland, Ohio

Gave an inside look at identification and response to a security incident, showing lessons learned and how organizations can be better prepared to ensure effective incident response capability.

**Applications of Open Source Software**  OpenSource Club at The Ohio State University, November 8, 2012.

Columbus, Ohio

Showed students how "open source" software—where source code is available—has applications beyond the word of hobbyist. Identified where expert analysis with detailed discussion of method benefits from the use of open source software.

**Information Security in Law Firms**  Ohio Chapter of the International Legal Technology Association, November 8, 2012.

Columbus, Ohio

Participated in a panel discussion of information security and the specific issues that arise for law firms, highlighting critical concerns and strategies for addressing them.

**Case Study in Incident Response**  Central Ohio Chapter of the Information Systems Security Association, October 12, 2012.

Columbus, Ohio

Gave an inside look at identification and response to a security incident, showing lessons learned and how organizations can be better prepared to ensure effective incident response capability.

**Maintaining Security During a Crisis**  Contingency Planners of Ohio Annual Conference, October 15, 2012.

Columbus, Ohio

Copresented with Shawn Sines on how an organization in crisis adopting emergency modes of operation can maintain information security standards to avoid exacerbating a high-risk event.

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

**Sucessfully Handling Data Breaches**  State of Ohio Cyber-
Security Awareness Event, October 2, 2012.

Columbus, Ohio

Showed how data breach events can be handled successfully
to ensure that disruption to the organization is no greater
than necessary and that those affected can have their con-
cerns addressed.

**Compromise in the Cloud**  Central Ohio Information Systems
Security Association, April 18, 2012.

Columbus, Ohio

Offered a case study on responding to an information secu-
rity incident surrounding the compromise of a cloud-based
service. Included discussion of challenges and opportunities
in forensic analysis of remote systems.

**Careers in Information Assurance**  University of Findlay, April
13, 2012.

Findlay, Ohio

Discussed career options within the field of information
assurance, including paths in and playing to strengths to
advance.

**Electronic Medical Records and Off Site Interface**  OSHRM
Winter Conference, March 9, 2012.

Columbus, Ohio

Copresented with attorney Greg Krabacher on the functional
and liability concerns of medical records for the Ohio Soci-
ety for Human Resource Management State Council winter
conference. Included discussion of original format records
compared to those produced by applications.

**Incident Response**  Central Ohio Association of Corporate Coun-
cil, February 28, 2012.

Columbus, Ohio

Discussed how organizations can prepare for and execute
well during a security incident to contain and to limit the
impact of an incident. Part of a data breach seminar.

**Analyzing ESI in Litigation**  Central Ohio Association for Justice,
January 17, 2012.

Columbus, Ohio

Showed attorneys how use of a computer expert offered
new insights into electronic medical records at the basis of
adjudication arising from claims of medical malpractice and
related concerns.

**Defending Your Agency on the Internet and in the Courtroom**
Cyber Security Symposium, State of Ohio, October 5, 2011.

Columbus, Ohio

Discussed security incidents in the context of the legal sys-
tems of chief information officers of agencies of the State of
Ohio.

**Drilling to Perfect Data Incident Response**  Ohio Network for
Healthcare Information Assurance, September 22, 2011.

Columbus, Ohio

Showed how organizations can prepare for unplanned high-
impact events such as security incidents for information
assurance professionals in the healthcare industry.

**Defensible Forensic Collection**  Ohio Chapter of International
Legal Technology Association, September 12, 2011.

Columbus, Ohio

Presented to legal support professionals the elements of a
defensible acquisition of data to be used for forensic analy-
sis, showing both procedural and technical issues to address.

**Integrity in Digital Evidence**  Ohio Judicial College, September 9,
2011.

Columbus, Ohio

Showed the use and interpretation of digital evidence for the
annual conference of the Ohio Judicial College, focusing on
how trial judges can identify gaps in foundation.

**Drilling to Perfect E-Discovery**  Technology First Seminar, June 8,
2011.

Dayton, Ohio

Discussed the process of electronic discovery and the de-
mands of the courts to ensure a good record, and how to use
full-scale exercises to ensure effective capability.

**Cloud Computing: Navigating the Legal Fog**  Ohio State Bar
Association Annual Meeting, May 5, 2011.

Columbus, Ohio

Copresented with attorney Alan Wernick on the issues
raised by cloud computing and how to address them. Mod-
erated by attorney Karen Hockstad.

**Persuasively Rebutting Opposing Experts' Opinions**  SEAK
National Expert Witness Conference, April 15, 2011.

Naples, Florida

Discussed how rebuttal testimony can be presented persua-
sively to experts in a wide variety of disciplines.

**Electronic Health Records**  American Bar Association Business
Law Section Spring Meeting, April 14, 2011.

Boston, Massachusetts

Participated in a panel discussion with attorneys looking at
various aspects of electronic health records. Focused pre-
sentation on the nature of electronic information and how
expectations may now be at odds with reality.

**Making Best Use of Experts**  Guest Lecture, Case Western Reserve
University School of Law, March 28, 2011.

Cleveland, Ohio

Discussed the use of experts with law students focused on
criminal defense issues.

**Health Care Incident Response**  HIMSS11 Conference, February 22, 2011.                                                    Orlando, Florida

Presented how to address response to security incidents in the context of healthcare at the HIMSS annual conference.

**Data Breach: Staying Out of the Headlines**  Breakfast Club, Fisher College of Business at The Ohio State University, February 5, 2010.                                                                   Columbus, Ohio

Presented results of five-year study of reported data breaches and discussed implications for business leaders and information security practitioners.

**Compliance in Privacy and Data Security: How to Avoid Liability**  Columbus Bar Association, December 14, 2009.                         Columbus, Ohio

Copresented CLE seminar with Benita Kahn, Esq. on the intersection of law and technology of information security and privacy.

**Using Science to Combat Data Loss**  Information Security Compliance and Risk Management Institute, University of Washington, September 16, 2009.                                              Seattle, Washington

Presented recent research using statistical analysis of breach data at seminar entitled "The Changing Environment of Information Security: Dealing with New Technologies, New Threats, and New Laws."

**The New Age Toolset**  CIO Solutions Gallery, Fisher College of Business, The Ohio State University, August 12, 2009            Columbus, Ohio

Part of program "Security Summit: Challenges to Our Future State of Readiness," discussing the rôle of scientific analysis of data in the management of corporate information technology.

**The State of Data Loss**  IT Leadership Academy Value Studio 16, Florida State College at Jacksonville, August 6, 2009          Jacksonville, Florida

Part of program "The State of . . . : Where Are We Today, and Where Are We Going?" Discussed how and where data loss events occur, and how to prioritize defensive resources.

**Incident Handling: Sensitive Data Breach**  Columbus CIO Forum, July 23, 2009                                                        Columbus, Ohio

Part of panel discussion on information security for area chief information officers.

**Hands-On Incident Response Testing**  RSA Conference, April 21, 2009                                                             San Francisco, California

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

Presented work with Keith Fricke of the Cleveland Clinic Health System on preparing security incident response teams using drills.

**Using Science to Battle Data Loss**  Multiple presentations of state breach notification laws and analysis of subsequently-available breach data.

American Bar Association Information Security Committee Meeting, July 29, 2009

Chicago, Illinois

RSA Conference, April 23, 2009

San Francisco, California

**Computer Science Education: Industry View**  Franklin University, April 17, 2009

Columbus, Ohio

Part of panel discussion on the state of computer science education, its value and relevance to future careers in computer science and information technology.

**Implications of Litigation in Virtualization**  CIO Solutions Gallery, April 1, 2009

Columbus, Ohio

Discussed issues arising from litigation on a panel discussion on virtualization of computing infrastructure. Part of program "Advancing Your Competitiveness in a Recessive Economy."

**Uses and Limits of Forensic Data Analysis**  Ohio Investigators Association, March 25, 2009

Columbus, Ohio

Led discussion of applications of forensic analysis of computer data, including case studies in criminal and civil matters.

**Discovery Beyond Documents**  Defense Research Institute Medical Liability and Health Care Seminar, March 12, 2009

Lake Buena Vista, Florida

Presented a case study of computer database analysis in wrongful death litigation and methods to prepare for litigation involving electronic information.

**Asking the Right Questions: Forensic Analysis of Data**  Alternatively entitled, "How to Make BlackBerry Data Hearsay." Multiple presentations of recent research work on forensic analysis of mobile phones, with a focus on BlackBerry devices.

Central Ohio InfraGard Members Alliance, January 28, 2009

Columbus, Ohio

Cleveland InfraGard Members Alliance, December 12, 2008

**The Next Twenty-Five Years: Applications of Computer Science**  Franklin University TechConnect, January 26, 2009

Cleveland, Ohio

Columbus, Ohio

Addressed the widely-held belief that information technology is changing so rapidly as to make technical education models obsolete.

**Using Information to Focus Resources** "When, Why, and How to use Computer Experts." Columbus Bar Association, December 9, 2008 and December 9, 2009.

    CLE program on the use of computer experts in litigation.

Columbus, Ohio

**E-Discovery and the Issues Related to Storage of Information** Delaware CIO Forum, December 5, 2008

    Presented case studies on how electronically stored information (ESI) has come into scope of public records requests and litigation.

Delaware, Ohio

**Electronic Evidence in Criminal Defense** Columbus Bar Association, November 20, 2008

    Discussed issues of data analysis unique to criminal defense attorneys, including critical analysis of law enforcement reports, and the use of experts for rebuttal or to prepare for cross-examination.

Columbus, Ohio

**Electronic Discovery—Cleveland Clinic's Mock Exercise (Panel)** Cisco Systems Cleveland CSO Roundtable, November 18, 2008

    Discussed three years' of incident response drills at the Cleveland Clinic Health System to prepare for security incidents and litigation events. Copresented with CCHS Chief Information Security Officer Mark Dill and CCHS East Data Security Administrator Keith Fricke.

Richfield, Ohio

**When to Hire a Computer Expert Witness** Columbus Bar Association, November 14, 2008

    CLE presentation on finding, retaining, and effectively using computer expert witnesses in litigation.

Columbus, Ohio

**Hands-On Incident Response Testing** Contingency Planners of Ohio Annual Conference, September 30, 2008

    Presented work with Keith Fricke of the Cleveland Clinic Health System on preparing security incident response teams using drills.

Lewis Center, Ohio

**Expert Witness Appearance (Mock Trial)** ASTAR 2008 National Judge's Science School (JSS), Advanced Forensic Technologies, September 25, 2008

    Acted as an expert witness discussing computer technology and findings from analysis of computer data relating to a computer intrusion in a mock trial.

Columbus, Ohio

**Building a Successful Organization**  Capital Square Rotary Club, July 15, 2008                                                    Columbus, Ohio

Discussed observations from experience in developing organizations that succeed in advancing their objectives and growing beyond the individual capabilities of the founders.

**Hands-On Incident Response Testing**  Ohio Regional Information Security Conference, March 18, 2008                              Dayton, Ohio

Copresented incident response drills with Keith Fricke of the Cleveland Clinic Health System.

**A Taxonomy of Recent Data Losses**  Central Ohio ISSA, February 20, 2008                                                        Columbus, Ohio

Copresented data loss incident research colleague Lee Ayres to a local group of information security practitioners.

**Tech101: Electrons Are the New Paper**  Revised edition of earlier lectures on use of electronic information in adjudication.

**July 14, 2008**  CLE presentation for Dayton Bar Association         Dayton, Ohio

**July 5, 2008**  CJE presentation for Wisconsin Appellate Court Specialty Seminar                                             Pewaukee, Wisconsin

**May 28, 2008**  CLE presentation for Lake County (Ohio) Bar Association                                                      Painesville, Ohio

**April 24, 2008**  CLE presentation for Columbus (Ohio) Bar Association, marketed as "Paper As Obsolete: What Every Lawyer Should Know about Information Technology and E-Discovery"                                         Columbus, Ohio

**January 16, 2008**  One-hour CLE presentation for Warren County (Ohio) Bar Association                               Lebanon, Ohio

**November 28, 2007**  Three-hour CLE presentation for Columbus (Ohio) Bar Association                                Columbus, Ohio

**Confessions of a Plaintiff's Expert**  Toledo InfraGard Members Alliance, December 7, 2007                                     Toledo, Ohio

**Identity Management, Fraud, and Forensics in the 21st Century**  CIOhio 2007, November 15, 2007                            Columbus, Ohio

Discussed forensic computer analysis and its rôle in addressing misappropriation of intellectual property.

**Evolution of Backup Technology**  3X Seminar, November 13, 2007        Columbus, Ohio

Keynote presentation for 3X product launch, showing history of data backup and disaster recovery technology, challenges facing today's IT managers, and solutions for the future.

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

**Intrusion Detection and Prevention Technology and Strategy**
CIO Circle, November 7, 2007                                                      Cincinnati, Ohio

Discussion of evolution of technology for intrusion detection and prevention systems (IDPS), its relationship with other security technologies, and limits of IDPS.

**Beyond Tabletop: Hands-on Incident Response Training**
Information Security Summit, November 2, 2007                                     Independence, Ohio

Presentation on security incident response drills as training exercises at the Cleveland Clinic Health System, with Keith Fricke of CCHS East Region.

**The Rôle of Security in Clinical Informatics**  Keynote presentation for the Central and Southern Ohio Chapter of HIMSS, November 2, 2007                                                                     Columbus, Ohio

Discussed how information security in clinical information systems supports good patient care.

**Handling Electronic Information**  Ohio State Bar Association Midwest Labor Law Conference, October 26, 2007                              Columbus, Ohio

Panel discussion with Susan Hastings from Squire, Sanders, and Dempsey LLP and Pam Krivda of the Krivda Law Offices.

**Consultant Residue**  Third Annual Information Assurance Forum at the University of Findlay, October 24, 2007                                 Findlay, Ohio

Case study discussing the impact of data being brought into an ERP installation by a consultant from a previous ERP installation in the consultant's practice.

**The Cost of Misappropriation**  Third Annual Information Assurance Forum at the University of Findlay, October 24, 2007                 Findlay, Ohio

Case study involving the analysis of systems to identify information from employees' former employers and elimination of the data.

**Why Information Assurance?**  Max M. Fisher College of Business at the Ohio State University, October 11, 2007                                   Columbus, Ohio

Lecture for visiting Chinese IT Executives on how an information assurance program supports enterprise risk management.

**TechTalk: Breach Notification**  Central Ohio chapter of ISSA and TechColumbus, July 26, 2007                                                  Columbus, Ohio

Discussion on data breach notification trends, strategies, and technologies.

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

**Computer Technology in Adjudication**  Advanced Science and
Technology Adjudication Resources (ASTAR) Conference,
June 29, 2007                                                                      Columbus, Ohio

Lecture for regional judges' conference. Discussed electronic
data storage and related issues for judges from eleven states.

**Tech101: How Computers and Data Work**  Ohio State Bar Associ-
ation (OSBA) Annual Convention, May 18, 2007                    Cincinnati, Ohio

Discussion of the use of computers and electronic data in
civil litigation in the context of new Federal Rules for Civil
Procedure on electronic discovery.

**Addressing the Needs of Technology Education**  itWORKS.OHIO
Annual Conference, organized by the Ohio Department of
Education, April 19, 2007                                                          Columbus, Ohio

Part of panel discussion regarding technology jobs of the
future and how the education system can prepare students
for them.

**Forensic Computing: The Intersection of Law and Technology**
Center of Science and Industry (COSI), March 26, 2007; Octo-
ber 30, 2007.                                                                       Columbus, Ohio

Discussion of forensic computing for high school students
across the country, delivered over the Internet with H.323
link from Columbus.

**Careers in Forensic Computing**  Columbus State Community
College, November 17, 2006                                                     Columbus, Ohio

Demonstration and lecture on computer science in a legal
context for statewide conference for girls in grades 7–10 with
an interest in careers in science and technology.

**Careers in Cryptography**  Edison Community College, October 6,
2006; November 16, 2007                                                          Piqua, Ohio

Demonstration and lecture on cryptography and its appli-
cations for pilot of statewide conference for girls in grades
7–10 with an interest in careers in science and technology.

**Careers in Forensic Computing**  Edison Community College,
October 6, 2006; November 16, 2007                                          Piqua, Ohio

Demonstration and lecture on computer science in a legal
context for pilot of statewide conference for girls in grades
7–10 with an interest in careers in science and technology.

**Cryptographic Protection of Data Warehouses**  Web presentation
for NCR Teradata customers, August 3, 2006                          Columbus, Ohio

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

Discussion of the protection of Enterprise Data Warehouse systems with cryptography.

**Electrons are the New Paper**  Keynote Lecture, ASTAR Conference, May 19, 2006                                                                Columbus, Ohio

Keynote lecture for the Ohio judges' Advanced Science and Technology Adjudication Resources (ASTAR) conference on computer science and related technology.

**Computer Forensics: A Case Study of Data Analysis in a Criminal Trial**  ASTAR Conference, May 19, 2006                                         Columbus, Ohio

Discussion of work in recent criminal defense as a case study for data analysis gone awry by investigators and overzealous prosecutors for the Ohio judges' Advanced Science and Technology Adjudication Resources (ASTAR) conference on computer science and related technology.

**How the Internet and Cyberspace Works**  Presentation on fundamentals of Internet architecture and critical issues for analysis of data in legal proceedings. Presented to a variety of audiences.

> **May 18, 2006**  ASTAR (Advanced Science and Technology Adjudication Resources) Conference,                                         Columbus, Ohio

> **May 17, 2006**  INFOSEC Forum VIII, Central Ohio ISSA                      Columbus, Ohio

> **April 25, 2006**  itWORKS.OHIO Information Technology Educators Conference                                                         Columbus, Ohio

> **April 21, 2006**  Colorado Bar Association                                 Denver, Colorado

> **March 27, 2006**  Greater Dayton IT Alliance Legal IT Peer Group           Dayton, Ohio

> **March 14, 2006**  Greater Dayton IT Alliance D-RISC                        Dayton, Ohio

**Implications of Digital Rights Management**  The Privacy Foundation at the Sturm College of Law at the University of Denver,  February 10, 2006                                                       Denver, Colorado

Discussion of Digital Rights Management systems including the XCP ("rootkit") system shipped on some Sony CDs in 2005.

**Identity Theft**  Central Ohio ISSA, January 18, 2006                        Columbus, Ohio

Panel discussion including other members of the Central Ohio ISSA on identity theft and related fraud, presented by TechColumbus and Platform Lab in Columbus.

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

**Cryptographic Key Management**  Cedarville University Guest
Lecture, September 8, 2005                                              Columbus, Ohio

Guest lecture for course on models for key management,
including both centralized Public Key Infrastructure (PKI)
and the decentralized PGP "web of trust" model.

**Tales of a Forensic Computist**  Central Ohio InfraGard Members
Alliance, August 2, 2005                                                Columbus, Ohio

Presentation giving personal experience on becoming a
litigation consultant and expert witness as well as some
recent casework.

**Compliance in the Courtroom**  Security And Technology Online
(SATO) Web conference, April 28, 2005                                   Columbus, Ohio

Part of panel discussing the intersection of law and technol-
ogy. Specifically discussed the Pharmatrak Privacy Litigation
and how the court used and interpreted data.

**Observing hidden surveillance structures**  Computers, Freedom
and Privacy (CFP 2005) conference, April 14, 2005                       Seattle, Washington

Panel discussion themed "Panopticon." Discussed Web ar-
chitecture and the side-effects of relevant protocols, database
designs, and practices that affect the privacy of unsuspecting
users.

**Thinking About the Box**  Keynote talk for itWORKS.OHIO confer-
ence, April 5, 2005                                                     Columbus, Ohio

Keynote for teachers of technology programs in secondary
and vocational schools throughout the state of Ohio. Dis-
cussed requirements for an educational system that pre-
pared students for successful careers in technology.

**The Fall of the Data Encryption Standard**  Greater Dayton IT
Alliance, March 15, 2005                                                Dayton, Ohio

Discussion of the DESCHALL Project that broke a message
encrypted with the Data Encryption Standard for the first
time in 1997 and its impact on cryptographic policy in the
United States.

**The Business Case for Security**  Eastern Ohio Health Information
Management Association, February 26, 2005                               Independence, Ohio

Discussed how to balance business objectives and risks in
light of the HIPAA Security Rule.

**Electronic Discovery**  Columbus Bar Association Technology
Committee, January 19, 2005                                             Columbus, Ohio

Discussion of electronic evidence and e-discovery issues.

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

**HIPAA Security: Making HIM Work** Ohio Health Information Management Association (OHIMA) fall Seminar, November 12, 2004

Columbus, Ohio

Discussion of how the HIPAA Security Rule affects health information management (HIM), along with strategies for achieving compliance.

**Wireless Security** Information Assurance Forum at the University of Findlay, October 28, 2004

Findlay, Ohio

Technical discussion of the IEEE 802.11 wireless networking standards and securing information in wireless networks.

**The Rise and Fall of the Data Encryption Standard** Information Assurance Forum at the University of Findlay, October 28, 2004

Findlay, Ohio

Presentation on the history of standardized encryption, exhaustive key-search attacks in general, and the ultimate defeat of the U.S. Government standard for data encryption, DES.

**Intrusion Detection Technology** Security And Technology Online (SATO) Web Conference, October 28, 2004

Findlay, Ohio

Considered strategies and tactics for identification and management of security events.

**Privacy in a Digital World** Privacy Foundation at the Sturm College of Law at the University of Denver October 22, 2004

Denver, Colorado

Discussion of how electronic infrastructures affect individual privacy.

**Strengthening Anti-Spam Defenses with Message Authentication** eWEEK's Anti-Spam eSeminar, September 20, 2004

Columbus, Ohio

Focused on the use of authentication mechanisms in present and possible future Internet email architectures.

**Spying on Spyware** Central Ohio ISSA, July 21, 2004

Columbus, Ohio

Presentation on identifying and managing spyware: dissecting how it works, motivations behind its creation, and discussion of my work in *In re Pharmatrak Privacy Litigation* and how that has affected the legal standing of spyware.

**Security is Economics!** Security Work Group of the Infrastructure & Interoperability Subcommittee of the Supreme Court of Ohio Advisory Committee on Technology and the Courts, July 20, 2004

Columbus, Ohio

A high-level introduction to information security for the first meeting of the work group.

**Cyber & IT Workshop: Beyond Firewalls** "Protect Your Network from Intrusion," Security & Technology Online (SATO) Security Leadership Council, June 30, 2004

Columbus, Ohio

Panel discussion arguing for rational and strategic management of risks to information systems.

**Privacy & Data Governance Technology Landscape** International Association of Privacy Professionals, Privacy Futures Conference, June 10, 2004

San Francisco, California

Panel discussion on technology to enforce privacy policy and regulatory compliance.

**Planning to Fail: Continuing to Get It Wrong** Keynote lecture for Security Week at The Ohio State University, April 26, 2004

Columbus, Ohio

Argued that the present focus on treating security as a tactical matter is doomed to fail.

**Forensic Computing Process and Applications** Guest Lecture, University of Findlay, April 14, 2004

Findlay, Ohio

Discussion with information assurance class at the University of Findlay, covering investigative procedure, working with attorneys, handling digital evidence, and case studies.

**The Business Case for Security** Columbus Board of Realtors' Tech User Forum, March 23, 2004

Columbus, Ohio

Discussed how to balance business objectives and risks, with focus on small business.

**CTC Techtalk** "Identity Management—Strategic Security Lever and 5x ROI?," March 17, 2004

Columbus, Ohio

Panel discussion regarding identity management from IT and information security perspectives.

**HIPAA Security Rule Implementation** Seminar, March 9, 2004

Columbus, Ohio

A full-day seminar presented in coöperation with a practicing attorney with experience in Health Care regulation and administration. A standard-by-standard consideration of the Security Rule, how the technology is to be understood and integrated with policy and procedure.

**From the War Room to the Board Room** "Translating Between Information Security and Risk Management" (Panel Moderator). Central Ohio Chapter of the Information Systems Security Association, November 5, 2003

Columbus, Ohio

Moderated a panel discussion with chief security officers from large regional companies discussing integration of

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

information security into operations and translating risk management objectives into strategy for information security practice.

**Confessions of a Hacker**  Association for Computing Machinery Chapter at The Ohio State University, October 7, 2003

Columbus, Ohio

A discussion of computer science, the computing profession, and career development in computing technology. Included personal history and anecdotes for students to understand how to manage their own career growth.

**Introduction to HIPAA Security Rule and Risk Management** Cleveland Clinic Health System, August 7, 2003

Columbus, Ohio

Presentation and Q&A session with Security Teams covering the HIPAA Security Rule's main objectives and general mechanisms for achieving them, followed by a more detailed look at mechanisms for Risk Management in information systems.

**Information Security in Health Care**  Children's Hospital, June 25, 2003

Columbus, Ohio

"Brownbag lunch" with HIPAA Security Rule implementors and stakeholders discussing INFOSEC's goals and how security can be built into operational processes.

**Forensic Computing for Computer Professionals**  Seminar, June 16–17, 2003

Columbus, Ohio

Development and presentation of a two-day corporate training course in forensic computing. Covered handling of computer forensic investigations, filesystem and network technology. Led the course through a hands-on forensic challenge, extracting evidence from a disk image.

**Communication: The Key to Fraud Prevention**  Emerging Trends in Fraud Conference, May 9, 2003.

Columbus, Ohio

Considered the problems in information systems auditing, how fraud examiners, auditors, and information systems experts must establish a common vocabulary and work together to combat fraud successfully.

**Computer and Network Security**  InfraGard Panel for Columbus ITEC 2002, October 29–30, 2002

Columbus, Ohio

Discussion of computer security, with particular focus on corporations and what they can do to secure their infrastructures.

**Making the Case for CyberSecurity in Times of Austerity**
Second Columbus INFOSEC Forum, October 23, 2002

Columbus, Ohio

Expert panel discussion of computer and network security: how to identify and to quantify its business value.

**Forensic Data Analysis** Northeast Ohio ISACA, October 17, 2002

Brecksville, Ohio

Consideration of the problem of forensic analysis with electronic and computer data.

**Security Vulnerability Assessments** Privacy2002 Conference, September 25, 2002

Cleveland, Ohio

Participated in a "how-to" panel, considering of live penetration tests, how they are performed, what can be expected, and which problems they do not solve.

**Getting to Know You** Privacy2002 Conference, September 25, 2002

Cleveland, Ohio

Discussed trends in surveillance technology, upsides and downsides for privacy and security online and offline. Covered surveillance technologies, biometrics, computer profiling, video, and wireless monitoring.

**Requirements for a Secure Infrastructure** Multiple presentations of a discussion of securing the U.S. information infrastructure against attack and proposal of set of requirements for a workable security plan.

Dayton, Ohio

Columbus, Ohio

Dayton InfraGard, September 18, 2002 Columbus InfraGard, November 25, 2002

**Is Computer Security Possible?** Columbus Computer Society, May 22, 2002

Columbus, Ohio

Discussed the problem of computer security, specifically what computer security is, how privacy and security are related, typical security failures, and what can be done to improve security in computing. Argued that the best end-user defense against attack is awareness and mindset, and a demand for trustworthy systems from vendors.

**Internet Security (An Overview)** Central Ohio Craftsmen Club, April 11, 2002

Columbus, Ohio

Consideration of how technology has altered the printing industry, what business requirements are present in Internet systems, and how the issue of security can be managed proactively.

**Cryptography in Practice**  Central Ohio Chapter of InfraGard, March 11, 2002

Columbus, Ohio

Discussion of cryptography, what it can and cannot do, and how it affects the ability to defend against attack and to perform forensic data analysis.

**Assessing Risk in Information Systems**  Central Ohio Chapter of the Information Systems Security Association, March 6, 2002

Columbus, Ohio

Consideration of information technology, information theory, and risk management theory.

**Getting Security Right**  Keynote Address at First Columbus INFOSEC Forum, February 21, 2002

Columbus, Ohio

Discussed the facets of information security, the requirements of businesses, and how INFOSEC managers can succeed.

**Privacy and Security Gotchas**  Columbus Computer Society's Consulting SIG, January 9, 2002

Columbus, Ohio

Discussion of how side-effects can have unintended consequences when the technology is not fully understood.

**The Relationship Between Privacy and Security**  Privacy By Design Conference, December 3, 2001

Montréal, Québec, Canada

Discussion of privacy failures in public Web-based services, based on research work of Interhack's Internet Privacy Project.

**Computer System Security**  InfraGard panel at Columbus ITEC Show, October 30–31, 2001

Columbus, Ohio

Discussion of system security, particularly as it relates to resistance against widespread attack against the U.S. infrastructure.

**Auditing Computers? Are You Serious?**  Central Ohio Chapter of the Information Systems Audit and Control Association, October 11, 2001

Columbus, Ohio

Consideration of requirements for system auditing and a review of current commercial technology's ability to address those requirements.

**Dodging the Security Bullet**  Workshop at Privacy 2001 Conference, October 4, 2001

Cleveland, Ohio

Participated in workshop subtitled "Tools to Secure Business Data in a Competitive Environment," discussing tools and techniques available to enhance security in information systems.

**Creating Your Business' Privacy Policy** Privacy 2001 Conference, October 3, 2001 — Cleveland, Ohio

Participated in workshop addressing the problems in privacy, how business needs must include consumer privacy, and how to find the define the right policy for the organization.

**CyberCrime in the Workplace** Panel in the 10th Annual Ohio Employment Law Conference, May 9, 2001 — Columbus, Ohio

Discussion of the rôle of good business process specification and system design in managing risk in the workplace, especially with regard to criminal activity online.

**Internet Security: Are We Ever Going To Get It Right?** Keynote presentation at InterLab 2000 Conference, — Los Alamos, New Mexico

Keynote presentation on information security in computing technology delivered in Los Alamos and broadcast to other National Laboratories around the United States.

**Banner Advertising Networks** A detailed discussion of how Web-based banner advertising services work and how they are used to violate the privacy of unsuspecting Web users. Presented for various private clients and organizations at The Ohio State University. — New York, New York / Columbus, Ohio

## Articles

**Using Electronic Stored Information** *Columbus Bar Lawyers Quarterly*, Spring 2008

Article for publication of the Columbus (Ohio) Bar Association describing the fundamentals of electronic information.

**Introduction to Forensic Computing** *Control*, May 2006

Feature article for the journal of the Information Systems Audit and Control Association (ISACA) introducing forensic computing through three brief case studies.

**The Road to HIPAA Security Rule Compliance** *Security, Technology & Design*, November 18, 2004

Article written with attorney Peter M. Hazelton introducing information security practitioners to the HIPAA Security Rule.

**Security is a matter of guns and butter** *Healthcare IT News*, November 2004

Published interview by editor Jack Beaudoin, discussing information security strategy and the economics behind effective information security.

**New HIPAA rule requires rugged security framework** *BusinessFirst* (Columbus), October 15, 2004

> Article written with attorney Peter M. Hazelton on the Health Insurance Portability and Accountability Act (HIPAA) Security Rule, with focus on building information security programs for regulatory compliance.

**Consumers should demand security when using Internet** *Columbus Dispatch*, January 28, 2002

> Discussion of the problem with Internet security and how consumers can improve security.

**Hackers Lovebugs & Saboteurs: Who'll Protect Your Computers?** *Columbus CEO*, Roundtable, November 2000

> Published discussion with five other experts, which ran as an article.

**Preserving Integrity** *WebTechniques*, May 2000

> A discussion of secure programming practices, especially as they relate to the Web.

**On Guard** *WebTechniques* April 2000

> Describing the essentials of Web site security to site builders.

**Electronic Snake Oil** *;login:*, April 1999

> How non-cryptographers on identifying likely bad cryptography products.

**A Brute-Force Search of DES Key Space** *;login:*, May 1998

> Described the technical workings of the DESCHALL project.

**Write Once, Run Anywhere: Why It Matters** An essay on the importance and the achievability of the goal of having software work on any type of computer. Featured on Sun's http://java.sun.com/ Web site in January 1998.

**PreText Magazine 'Forum'** November 1997

> Took part in a forum discussing individual consumer privacy vs. the needs of advertisers and marketers with a number of other experts in privacy, security, and marketing.

*Technical Reports*

**Analysis of Compact Disc Digital Rights Management** Interhack Technical Report. Detailed analysis of various systems intended to prevent duplication of audio CDs, including alteration of disc geometry to take advantage of differences between audio CD players and CD-ROM drives.

**Anatomy of Online Fraud: How Thieves Targeted eBay Users but Got Stopped Instead**
Interhack technical report. Analysis of an online fraud scheme, how Internet technology was used to support the scheme, how the fraud was identified, reported, and halted.

**Spector Professional Review and Commentary**  Interhack technical report. Analysis and discussion of "spyware" product Spector Professional. Discovered and documented hidden backchannel.

**Comments on Guidelines on Securing Public Web Servers**
Interhack technical report. Review and discussion of NIST draft document, *Securing Public Web Servers*. Covers Web security, drawing from such domains as information security, networking, software, and cryptography.

**PCFriendly Enables DVD Backchannels**  Interhack technical report. Analysis of popular Web-enabled DVD titles and privacy implications of "Internet" features, including discovery of surreptitious backchannel and analysis of data uploaded.

**Bank One Online Puts Customer Account Information at Risk**
Interhack technical report. Review and technical analysis of the design and implementation of an online banking application. Consideration of weaknesses, how they could be avoided, and how nonpublic customer information can be better protected.

**A Failure to Communicate: When a Privacy Seal Doesn't Help**
Interhack technical report. How a popular Internet privacy seal proprietor allowed a third party to monitor its site's visitors' activity on its Web site. Widely reported in the US media.

**Getting to Know You (Intimately): Surreptitious Privacy Invasion on the E-Commerce Web**
Interhack technical report. Discussion of the privacy ramifications of a third-party site usage analysis service and describing how four Internet retail sites' use of the system violated their privacy policies. Widely reported in nation-wide print, radio, and television media.

**Siralos: Xinu for Unix**  In progress. Description of the design and implementation of a UNIX runtime library that provides XINU-style system interfaces. Used in CIS762 at Ohio State's CIS department.

**DoubleClick Opt Out Protocol Failure == Opt In**  Interhack Technical report. How a failure to follow the HTTP protocol caused a popular Internet advertising service to ignore some "opt out" requests silently.

**Opting In, By Accident**  Interhack technical report. How Netscape Communicator's handling of cookies can cause Web users who have "opted out" of advertising networks to be "opted in" again without their knowledge.

**Why Anti-Virus Software Cannot Stop the Spread of Email Worms**  Interhack technical report. Early consideration of malicious software ("malware"), analysis of the problem, and presentation of a strategy for addressing the risks.

**Creating an Environment for Reusable Software Research: A Case Study in Reusability**  Ohio State University Department of Computer Science and Engineering Technical Report OSU-CISRC-8/99-TR21. How applying the principles of reusable software to develop an environment for software research reaped a large reward.

**"What's Related"? Everything But Your Privacy**  Interhack technical report. Exposed serious potential for privacy violation in Netscape's "smart browsing," which received publication in Privacy Forum Digest, RISKS Digest, various Web marketing conferences, and widely through the German-language parts of Europe. Cited in a number of university courses in the US and at the "Cyberspace and Privacy" Symposium at Stanford Law School.

**Firewalls FAQ**  Usenet Periodic Posting. Coäuthored this official Usenet FAQ, archived around the Internet, and republished widely.

**Snake Oil FAQ**  Usenet Periodic Posting. This monthly Usenet posting is widely recognized as the authoritative document on common practices among bogus cryptography products. Republished widely and used in courses at several universities.

## *Memberships*

- Central Ohio InfraGard Members Alliance, Coördinated by Federal Bureau of Investigation.

- International Information Systems Security Certification Consortium (ISC$^2$).

- American Radio Relay League (ARRL).

- Central Ohio Amateur Radio Emergency Services (COARES).

- Central Ohio Traffic Net (COTN), a part of the Ohio Section of the National Traffic System. Net Manager, 2014, 2016.

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7

- FBI Cincinnati Citizens Academy Alumni Association

## *Certifications, Licenses, and Qualifications*

- Certified Information Systems Security Professional (CISSP).

- Community Emergency Response Team (CERT), Franklin County, Ohio Emergency Management Agency & Homeland Security.

- Amateur Radio, KD8TTE.

- American Radio Relay League (ARRL) Official Relay Station (ORS).

- American Radio Relay League (ARRL) Official Emergency Station (OES), Assistant Section Emergency Coördinator (ASEC).

- General Mobile Radio Service (GMRS), WQOV722.

- FEMA ICS 100, 200, IS 120, 700, 701, 706, 800, 802, 809.

## *Languages*

English (U.S. Native) and Russian (Student).

## *Education*

Eastland Career Center, Electronic Data Processing, 1989–91. Studied data processing, including COBOL, RPG-II, BASIC, OCL, System/3$x$ operations, accounting, and business.

INTERHACK PROPRIETARY: CONFIDENTIAL/6/7