# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Flextronics International USA, Inc.
                              Plaintiff,

v.                                              Case No.: 1:15−cv−04904
                                                Honorable Gary Feinerman

SDS−IC Ltd, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, August 14, 2017:


    MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Motion hearing held. Plaintiff's motion for default judgment [221] is denied as moot. For the reasons stated on the record, Plaintiff's request for fees and costs incurred [193] is granted. Plaintiff is awarded $803,169.06 in fees and costs. For the reasons stated on the record, corrected motion for default judgment [223] is granted. Plaintiff is awarded $7,302,315.92 against Defendants, jointly and severally. Enter judgment order. Civil case closed.Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.