## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Flextronics International USA, Inc.,

Plaintiff(s),

v.

SDS-IC Ltd et al,

Defendant(s).

Case No. 15 C 4904
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiff Flextronics International USA, Inc. and against Defendants Sparkling Drink Systems Innovation Center Hong Kong, Ltd., Sparkling Drink Systems Innovation Center, Ltd., and Aaron Serge Bueno, jointly and severally, in the amount of $7,302.315.92. In addition, as to the sanctions award, judgment in entered in favor of Plaintiff Flextronics International USA, Inc. and against Defendant Sparkling Drink Systems Innovation Center Hong Kong, Ltd. in the amount of $803,169.06.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion for default judgment.

Date: 8/14/2017                    Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes , Deputy Clerk